*Daniel B. Davis* v. *Ebenezer Clark et al.* A. F. SMITH, for complainant; E. CLARK, for defendants. Application for a retaxation of costs. The first bill of costs reduced to $17,36, and the second to $15,43, and both bills directed to be paid within twenty days.

*William W. Mumford* v. *Asa Sprague et al.* J. A. SPENCER, for appellant; F. M. HAIGHT, for respondent. Order of the vice chancellor reversed or modified, so as to direct that the order pro confesso against Sprague be set aside and vacated, on payment of $7 for opposing this motion, and on payment of costs of entering the order and of preparing cause for hearing. Such costs to be paid and defendant's answer perfected within twenty days. Proceedings to be stayed in the meantime; with liberty to complainant to amend his bill.

*Ebenezer Sherwood, adm'r., &c.* v. *Curtis Wooster.* JA's CLAPP, for appellant; H. R. MYGATT, for respondent. Sentence and decree of surrogate affirmed with costs. And appellant to pay respondent interest on the amount of the decree, from July 12, 1841, as damages for the delay and vexation caused by appeal.